James M. Howorth v. City Real Estate Company.— Motion to dismiss appeal denied, without costs.

Mary McFarland v. John T. Sharkey, as Executor, etc., and Others.— Motion to dismiss appeal denied, without costs.

Hyman Zubrinsky v. David W. Biow.— Motion to dismiss appeal denied, without costs.

Kienle Press v. Richard F. Outcault.—Motion to dismiss appeal granted, with ten dollars costs.

Abelardo Cassi v. Vincenzo Jannuzzi.— Motion to dismiss appeal granted, with ten dollars costs.

Abraham Robinson v. Merida Realty Company and Others.— Motion to dismiss appeal denied, without costs.

Burns Brothers v. Royal Bank of New York.— Application granted upon plaintiff's filing stipulation provided in order.   Order signed.

Bernard Klingbeil v. The Public Bank.— Application denied, with ten dollars costs.   Order signed.

Marion A. Shaw v. Fifth Avenue Coach Company.— Application denied, with ten dollars costs.   Order signed.

Washington I. Van Wart and Others v. Harry Poster.— Application denied, with ten dollars costs.   Order signed.

Coleman & Kraus v. United Fruit Company.— Application denied, with ten dollars costs.   Order signed.

Thomas J. Foley v. William Hawley and Others.— Application denied, with ten dollars costs.   Order signed.

Thomas J. Foley v. William Hawley and Others.— Motion denied, with ten dollars costs.

Adeline L. Graham v. Halstead Land and Development Company.— Application denied, with ten dollars costs.   Order signed.

Adeline L. Graham v. Halstead Land and Development Company.— Motion denied, with ten dollars costs.

Charles H. Duell and Others v. Christian F. Dilg.— Application denied, with ten dollars costs.   Order signed.

Michael Sabini v. Peter Zanetti.— Application denied, with ten dollars costs.   Order signed.

Michael Sabini v. Peter Zanetti.— Motion denied, with ten dollars costs.

S. Ormond Goldan v. Russell Murray and Others, Impleaded, etc.   (2 cases.)— In each case motion denied, with ten dollars costs.

Alexander Sedgwick v. Seward Development Company, Impleaded, etc.— Motion for reargument denied, with ten dollars costs.

John C. Eidt v. Margaret Eidt and Others.— Motion granted; question certified as stated in order.

The O. J. Gude Company, New York, v. Udo M. Fleischman.— Motion denied, with ten dollars costs.

William R. Hearst v. New Yorker Staats-Zeitung.— Motion denied, with ten dollars costs.

William R. Hearst v. Herman Ridder.— Motion denied, with ten dollars costs.